*States, ante,* p. 177.

No. 94–48. KING FISHER MARINE SERVICE, INC. *v.* PEREZ ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gutierrez de Martinez* v. *Lamagno, ante,* p. 417.

No. 94–434. MISSOURI ET AL. *v.* JENKINS ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Missouri* v. *Jenkins, ante,* p. 70.

No. 94–886. JACKSON ET AL. *v.* CULINARY SCHOOL OF WASHINGTON, LTD., ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wilton* v. *Seven Falls Co., ante,* p. 277.

No. 94–944. COMMISSIONER OF INTERNAL REVENUE *v.* SCHMITZ ET AL.; COMMISSIONER OF INTERNAL REVENUE *v.* KELLER ET AL.; and COMMISSIONER OF INTERNAL REVENUE *v.* RICE ET AL. C. A. 9th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Commissioner* v. *Schleier, ante,* p. 323.

No. 94–1045. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR *v.* RAMBO ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Metropolitan Stevedore Co.* v. *Rambo, ante,* p. 291.

No. —— ——. BESS *v.* CISNEROS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–1485. IN RE DISBARMENT OF JACOBS. Disbarment entered. [For earlier order herein, see 513 U. S. 1055.]

No. D–1527. IN RE DISBARMENT OF HERKENHOFF. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]